UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

UNITED STATES OF AMERICA,

              Plaintiff.

- against -

WHITE-SUN CLEANERS CORPORATION
d/b/a White & White Cleaners and Leather Man
a/k/a Sun Cleaners and Sun Cleaners of
America; WWCLEANERS.COM
CORPORATION d/b/a KY 34TH
CORPORATION; and Insun Yun, individually,

              Defendants.

-----------------------------------------------------------X

REFERRAL TO
MAGISTRATE JUDGE

09 CV 2484 (ARR)

ROSS, U.S.D.J.:

    Plaintiff's motion for entry of default judgment against defendants WHITE-SUN CLEANERS CORPORATION d/b/a White & White Cleaners and Leather Man a/k/a Sun Cleaners and Sun Cleaners of America, WWCLEANERS.COM CORPORATION d/b/a KY 34TH CORPORATION, and Insun Yun, individually, is respectfully referred to Magistrate Judge Orenstein to conduct a damages inquest and issue a report and recommendation pursuant to 28

U.S.C. § 636(b)(1)(B).

SO ORDERED:

Dated: Brooklyn, New York
       January  13  2010

_____
Allyne R. Ross
United States District Judge

MAILING LIST

Edward Newman
Assistant U.S. Attorney
U.S. Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201


White Sun Cleaners Corporation
d/b/a   White & White Cleaners and
Leather Man
a/k/a Sun Cleaners and Sun Cleaners
of  America
193-13 73rd Avenue
Fresh Meadows, NY   11365


Insun Yun
White Sun Cleaners Corporation
d/b/a   White & White Cleaners and
Leather Man
a/k/a Sun Cleaners and Sun Cleaners
of  America
193-13 73rd Avenue
Fresh Meadows, NY   11365


Magistrate Judge Orenstein