UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA,   :   09-CV-2484 (ARR)(JO)

                Plaintiff,   :

-against-   :   NOT FOR
   :   PRINT OR ELECTRONIC
WHITE-SUN CLEANERS CORPORATION, et al.,   :   PUBLICATION

                Defendants.   :   ORDER

------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 9, 2011 from the Honorable James Orenstein, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Plaintiff is directed to serve each defendant with both this order and the court's judgment within two business days of the entry of judgment.

SO ORDERED.                        /s/(ARR)

                                      Allyne R. Ross
                                      United States District Judge

Dated: March 31, 2011
       Brooklyn, New York